# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TIMOTHY DUFFEL**                                                                                         **PLAINTIFF**

v.                                      **Case No. 3:15-cv-00034-KGB-JJV**

**GREENE COUNTY ADMINISTRATION,** *et al.*                           **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe Volpe (Dkt. No. 9). No objections were filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that they should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Accordingly, this Court dismisses without prejudice plaintiff Timothy Duffel's claims for failure to prosecute.

The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this case would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED this 7th day of January, 2016.

                                                                   _____
                                                                   KRISTINE G. BAKER
                                                                   UNITED STATES DISTRICT JUDGE